HOMER KNOST CONSTRUCTION
COMPANY et al.

No. 52297.

April 6, 1972.

 No error of law.

259 So.2d 917

STATE of Louisiana ex rel.
Daniel SCOTT

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52305.

April 6, 1972.

The showing made by relator does not warrant the exercise of our supervisory jurisdiction.

259 So.2d 916

STATE of Louisiana ex rel.
Robert L. NORWOOD

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52303.

April 6, 1972.

259 So.2d 917

STATE of Louisiana ex rel. James PACE

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52314.

April 6, 1972.

Since the trial judge has ordered an evidentiary hearing, the complaint to this Court is moot.